The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE DEL VECCHIO and ARIANA DEL VECCHIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. C11-00366-RSL<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 5, 2011** |

**STIPULATION**

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate and agree that the time for defendant to answer or otherwise respond to the Complaint in this matter shall be extended until May 13, 2011.

Respectfully submitted this 5th day of April, 2011.

By   /s/ Clifford A. Cantor
   Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiffs Nicole Del Vecchio and Ariana Del Vecchio, individually and on behalf of all others similarly situated

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

By   /s/ Daniel H. Royalty
   David A. Bateman, WSBA #14262
   Daniel H. Royalty, WSBA #31504
Attorneys for Defendant Amazon.com, Inc.

K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com
       dan.royalty@klgates.com

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT- 1
No. C11-00366 RSL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of April, 2011.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

By ___/s/ Daniel H. Royalty_____
    David A. Bateman, WSBA #14262
    Daniel H. Royalty, WSBA #31504
Attorneys for Defendant Amazon.com, Inc.
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com
       dan.royalty@klgates.com


By ___/s/ Clifford A. Cantor_____
    Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiffs Nicole Del Vecchio and Ariana Del Vecchio, individually and on behalf of all others similarly situated
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER OR RESPOND TO
COMPLAINT- 2
No. C11-00366 RSL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Daniel H. Royalty
Daniel H. Royalty, WSBA #31504
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 370-6013
dan.royalty@klgates.com
Attorneys for Defendant Amazon.com, Inc.

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER OR RESPOND TO
COMPLAINT- 3
No. C11-00366 RSL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022