The Honorable Robert S. Lasnik

**11-CV-00366-FINAFF**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE DEL VECCHIO and ARIANA DEL VECCHIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. C11-00366-RSL<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 5, 2011** |

### STIPULATION

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate and agree that the time for defendant to answer or otherwise respond to the Complaint in this matter shall be extended until May 13, 2011.

Respectfully submitted this 5th day of April, 2011.

By /s/ Clifford A. Cantor
Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiffs Nicole Del Vecchio and Ariana Del Vecchio, individually and on behalf of all others similarly situated

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

By /s/ Daniel H. Royalty
David A. Bateman, WSBA #14262
Daniel H. Royalty, WSBA #31504
Attorneys for Defendant Amazon.com, Inc.

K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com
dan.royalty@klgates.com

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER OR RESPOND TO
COMPLAINT- 1
No. C11-00366 RSL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER

IT IS SO ORDERED.

DATED this 11th day of April, 2011.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

By /s/ Daniel H. Royalty
David A. Bateman, WSBA #14262
Daniel H. Royalty, WSBA #31504
Attorneys for Defendant Amazon.com, Inc.
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com
        dan.royalty@klgates.com


By /s/ Clifford A. Cantor
Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiffs Nicole Del Vecchio
and Ariana Del Vecchio, individually and on
behalf of all others similarly situated
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER OR RESPOND TO
COMPLAINT- 2
No. C11-00366 RSL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022