Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE DEL VECCHIO, ARIANA DEL VECCHIO, TYLER ZANDERS, KAYE HORINEK, and ROBERT NICHOLS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. C11-00366-RSL<br><br>RE-NOTE OF MOTION TO DISMISS<br><br>ORAL ARGUMENT REQUESTED |

Notice is hereby given that, pursuant to agreement of the parties, Defendant Amazon.com, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) and Rule 12(b)(1) (Dkt. #49), currently noted for August 19, 2011, is re-noted to September 16, 2011.  Plaintiffs' response to Amazon's motion is now due August 29, 2011 and defendant's reply is now due September 16, 2011.

DATED this 10th day of August, 2011.

K&L GATES LLP

By_____s/ Daniel H. Royalty_____
David A. Bateman, WSBA # 14262
Daniel H. Royalty, WSBA # 31504
Samuel R. Castic, WSBA # 39301
Andrew C. Glass, admitted *pro hac vice*
Attorneys for Defendant Amazon.com, Inc.

RE-NOTE FOR MOTION - 1
Case No. C11-00366-RSL
K:\2040741\00273\20332_DAB\20332P24LS

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               s/ Daniel H. Royalty
                                               Daniel H. Royalty

RE-NOTE FOR MOTION - 2
Case No. C11-00366-RSL

K:\2040741\00273\20332_DAB\20332P24LS

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022