The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NICOLE DEL VECCHIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | No. C11-366 RSL<br><br>**PLAINTIFF TYLER ZANDER'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)** |

   Pursuant to Rule 41(a)(1), Plaintiff Tyler Zanders hereby dismisses all of his claims in this action against Defendant Amazon.com, Inc.

   Dated:  August 27, 2012            Respectfully submitted,


                                       /s/ Jeremy R. Wilson
                                      Jeremy R. Wilson (*pro hac vice*)
                                      WILSON TROSCLAIR & LOVINS, P.L.L.C.
                                      302 N. Market St., Suite 510
                                      Dallas, Texas 75202
                                      Tel: (214) 484-1930
                                      Fax: (214) 276-1475
                                      jeremy@wtlfirm.com

PLAINTIFF TYLER ZANDER'S NOTICE OF VOLUNTARY DISMISSAL                - 1 -
No. C11-366-RSL

Andrea Tersigni, WSBA #30204
Anthony L. Tersigni, WSBA #37675
MEYERS TERSIGNI FELDMAN & GRAY LLP
601 Union Street, Suite 4200
Seattle, WA  98101-2380
Tel: (206) 652-3525
Fax: (206) 652-3205
andreatersigni@mtfglaw.com
atersigni@mtfglaw.com

Majed Nachawati
FEARS NACHAWATI LAW FIRM
4925 Greenville Ave, Suite 715
Dallas, Texas 75206
Tel: (214) 890-0711
Fax: (214) 890-0712
mn@fnlawfirm.com

Attorneys for Plaintiffs Tyler Zanders, Kaye Horinek, and Robert Nichols

**Certificate of Service**

    I certify that, on August 27, 2012, I filed the foregoing with the Court's CM/ECF case management, electronic case filing system which automatically serves a copy on all counsel of record in this action.

/s/ Jeremy R. Wilson
Jeremy R. Wilson