**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE                                                                                                                      (206) 370-8810

August 28, 2012

**Delivered Via CM/ECF**

      RE:    <u>Del Vecchio, et. al., v. Amazon.com, Inc.</u>, C11-366RSL
             Stipulated Protective Order

Dear Counsel:

On August 27, 2012, the Court received your proposed "Stipulated Protective Order" (Dkt. # 86). Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

<u>Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted</u>. The order must also comply with applicable federal and local rules.

The agreed protective order submitted in this case is deficient in the following respects:

      First, the request is too broad. The terms of the proposed order allow the parties too much discretion to designate "personal, financial, [or] business data" information as "Confidential." Any protective order entered by the Court must clearly and specifically identify the documents subject to the order.

      Second, the parties have not shown that their interests in the described "confidential materials" outweigh the public's right of access to such documents. For example, the parties have not shown that restrictions on the dissemination of "personal, financial, [or] business data" information, beyond those already accorded by the Local Rules, are necessary to protect persons from annoyance,

    embarrassment, oppression, or undue burden or expense, as contemplated by Fed. R. Civ. P. 26(c).

For these reasons, the protective order received by the Court will remain lodged in the file, but will not be entered.

                        Sincerely,

                        Robert S. Lasnik
                        United States District Judge